AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:21-mj-00226 |
| Yvonne St Cyr | ) Assigned to: Judge Faruqui, Zia M |
| DOB 3/30/1967 | ) Assign Date: 2/12/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Yvonne St Cyr
,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted building or grounds)

40 U.S.C. §§ 5104(e)(2)(D) & (G) (Disruptive and disorderly conduct on restricted grounds)

Date:      02/12/2021

2021.02.12
14:37:50 -05'00'

*Issuing officer's signature*

City and state:      Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  02/16/2021  , and the person was arrested on *(date)*  03/03/2021  at *(city and state)*  BOISE, IDAHO  . |
| Date:  3/3/2021 |
| *Arresting officer's signature* |
| DAVID F. SHUMWAY   SA. |
| *Printed name and title* |