**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-mj-226** |
| | **:** | |
| **YVONNE ST CYR,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT MOTION TO VACATE HEARING**
**AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney the Acting United States Attorney for the District of Columbia, and defendant Yvonne St. Cyr, by and through her attorneys Miles Pope and Nicole Owens, hereby move this Court to vacate the status conference presently set for November 5, 2021.   The parties do not believe a further status is necessary before this Court, but if the Court prefers, the parties do not object to setting a control date in approximately 30 days.   The parties note that the time between now and December 15, 2021, is excluded by operation of the Chief Judge's most recent standing order addressing the COVID-19 pandemic, No. 21-61 (BAH).   In support of this motion, the parties state that Ms. St. Cyr has asked that this case be set for trial.   To accomplish that, the United States will soon be filing an information to have a District Judge assigned, and the parties can address a trial schedule before that judge.

Undersigned counsel has consulted with counsel for Ms. St. Cyr regarding this motion.

Counsel for Ms. St. Cyr has represented that the government may file this as a joint motion.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793


By:     /s/ *Erik M. Kenerson*
Erik M. Kenerson
Assistant United States Attorney
Ohio Bar No. 82960
555 Fourth Street, N.W., Room 11-909
Washington, DC   20530
Erik.Kenerson@usdoj.gov
(202) 252-7201

2