# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No.: 21-mj-226 |
| : | |
| YVONNE ST. CYR, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court and counsel that Assistant United States Attorney Erik M. Kenerson is terminating his appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By:   /s/ *Erik M. Kenerson*
Erik M. Kenerson
Ohio Bar No. 82960
Assistant U.S. Attorney
National Security Section, Room 11-909
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Erik.Kenerson@usdoj.gov
(202) 252-7201