UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 21-MJ-226 |
| YVONNE ST CYR, | : |
| Defendant. | : |

**ORDER**

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the status conference currently scheduled on March 3, 2022, is continued for 60 days, to May 2, 2022, at 2:00 p.m.; and it is further

**ORDERED** that the time between March 3, 2022 and May 2, 2022, shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to provide and review discovery.

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE