UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-mj-226 |
| : | |
| YVONNE ST CYR, : | |
| : | |
| Defendant. : | |

**UNOPPOSED MOTION TO CONTINUE AND
TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Miles Pope, counsel for Yvonne St Cyr ("the defendant"), hereby submit the following Motion to Continue and to Exclude Time Under the Speedy Trial Act.   The parties request to continue the status hearing currently scheduled for Monday, May 2, 2022, for a period of approximately 45 days, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the parties represent:

1. The defendant is before the Court charged in a criminal complaint with offenses, including: Entering and Remaining in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building, in violation of Title 18, United States Code, § 1752(a)(2); Disorderly Conduct in a Capitol Building, in violation of Title 40, United States Code, § 5104(e)(2)(D); and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code,  § 5104(e)(2)(G) (ECF No. 1).

2. The government continues to provide voluminous discovery to the defense and most recently made voluminous discovery production number 14.

3. The government has not yet extended a plea offer; however both parties prefer to resolve this case without a trial.

4. The defendant is out of custody and is compliant with pre-trial release conditions.

5. The defendant concurs with the request to delay the status hearing for 45 days.

6. The parties believe it is in the interest of justice to toll the Speedy Trial Act while the government continues to provide discovery and defendant continues to review discovery. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv).

7. Therefore, the parties request the May 2, 2022, status hearing be continued for approximately 45 days, and that there is an exclusion of time under the Speedy Trial Act from May 2, 2022, through the next scheduled hearing date.

8. The defendant concurs with this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   /s/                                              /s/
Jacqueline Schesnol                        Miles Pope
AZ Bar No. 016742                          Federal Defenders of Idaho
Capitol Riot Detailee                      Counsel for Yvonne St Cyr
Two Renaissance Square                     702 West Idaho Street, Suite 1000
40 N. Central Ave., Suite 1800             Boise, ID 83702
Phoenix, AZ 85004-4449                     208-331-5500
(602) 514-7500                             Miles_pope@fd.org
jacqueline.schesnol@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-mj-226 |
| v. : | |
| : | |
| YVONNE ST CYR, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on May 2, 2022, be continued for good cause to _____ at a.m./p.m.; and it is further

**ORDERED** that the time between May 2, 2022 and _____, 2022, will be excluded from the calculation under the Speedy Trial Act, *see* to 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to negotiate a potential pretrial resolution and the parties additional time to review discovery.

_____
**THE HONORABLE ROBIN M. MERIWEATHER**
**UNITED STATES MAGISTRATE JUDGE**